**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1100**

_____

GREG GIVENS,

             Plaintiff – Appellant,

        v.

ROBERT NUTTING; ROBERT G. MCCOID; CASEY JUNKINS; TYLER
REYNARD; WTOV, INC.,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.   Irene M. Keeley,
District Judge. (5:12-cv-00064-IMK-JES)

_____

Submitted:  May 31, 2013                Decided:  July 12, 2013

_____

Before NIEMEYER, SHEDD, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Greg Givens, Appellant Pro Se. John Raymond Merinar, Jr.,
STEPTOE & JOHNSON, PLLC, Bridgeport, West Virginia; Robert G.
McCoid, MCCAMIC, SACCO, PIZZUTI & MCCOID, PLLC, Wheeling, West
Virginia; Walter P. DeForest, III, DEFOREST KOSCELNIK YOKITIS
SKINNER & BERARDINELLI, Pittsburg, Pennsylvania, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Givens appeals from the district court's order adopting the report and recommendation of the magistrate judge and dismissing Givens' civil complaint without prejudice for lack of jurisdiction and failure to state a claim. We conclude that the order is neither a final order nor an appealable interlocutory order. Since Givens may cure the pleading deficiencies in the complaint that were identified by the district court, see Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993), we dismiss this appeal for lack of jurisdiction. See Fed. R. Civ. P. 54. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

DISMISSED

2